# MEMO ENDORSED

**SOFER & HAROUN, LLP**
ATTORNEYS AT LAW
PATENTS, TRADEMARKS & COPYRIGHTS
317 MADISON AVENUE
SUITE 910
NEW YORK, N.Y. 10017

ROBERT M. HAROUN
JOSEPH SOFER

GREGORY C. ANTRIM
ANDREW A. ANISSI
ADINA N. LOEWY

FRIEDRICH KUEFFNER
ALAN ROBERTS
OF COUNSEL

TELEPHONE
(212) 697-2800
FACSIMILE
(212) 697-3004

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

June 17, 2008

**VIA TELEFAX**
The Honorable Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007
Tel: 212-805-0262
Fax: 212-805-7949

Re: *Laser Design International, LLC v. Digital Crystal Imaging, Inc.*
Civil Action No. 1:08-cv-05161 (PKC)
Initial Conference – Request for Adjournment

Dear Judge Castel,

We represent Plaintiff in the above matter and write in regard to the Initial Pretrial Conference scheduled for July 25, 2008 before the Court. The Complaint and Summons have not yet been served, and the parties are currently attempting to resolve the matter in settlement. Therefore we hereby request that the Initial Conference date be adjourned and rescheduled for September 5, 2008.

Respectfully submitted,

Robert M. Haroun

RMH/aaa

*[Handwritten endorsement: Initial conference adjourned to September 5, 2008 at 11:15 am. SO ORDERED. 6-17-08]*