**MEMO ENDORSED**

## SOFER & HAROUN, LLP
ATTORNEYS AT LAW
PATENTS, TRADEMARKS & COPYRIGHTS
317 MADISON AVENUE
SUITE 910
NEW YORK, N.Y. 10017

ROBERT M. HAROUN
JOSEPH SOFER

GREGORY C. ANTRIM
ANDREW A. ANISSI
ADINA N. LOEWY

FRIEDRICH KUEFFNER
ALAN ROBERTS
OF COUNSEL

TELEPHONE
(212) 697-2600
FACSIMILE
(212) 697-3004

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

September 2, 2008

*VIA TELEFAX*
The Honorable Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007
Tel: 212-805-0262
Fax: 212-805-7949

Re:   *Laser Design International, LLC v. Digital Crystal Imaging, Inc.*
      Civil Action No. 1:08-cv-05161 (PKC)
      Initial Conference – Second Request for Adjournment

Dear Judge Castel,

We represent Plaintiff in the above matter and write in regard to the Initial Pretrial Conference scheduled for September 5, 2008 before the Court. The conference was already rescheduled once, because the parties have been attempting to resolve the matter. The parties are still trying to reach a solution through settlement, and the Plaintiff has offered the Defendant a licensing proposal, as a possible solution. The Complaint and Summons have not yet been served. Therefore we hereby request that the Initial Conference date be adjourned and rescheduled for October 10, 2008.

Respectfully submitted,

Robert M. Haroun

RMH/aaa

*[Handwritten endorsement: Initial conference adjourned from September 5 to October 10, 2008 at 11:15 a.m. SO ORDERED. /s/ 9-2-08]*